**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 95-30899
Summary Calendar

_____


MILFORD LEE,

Plaintiffs-Appellants,

VERSUS


TED BERTHELOT, et al.,

Defendants-Appellees.


_____

Appeal from the United States District Court
for the Middle District of Louisiana
(CA-93-1004-A)
_____
April 9, 1996


Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]


Milford Lee appeals from summary judgments dated January 5, 1995, and July 25, 1995, in favor of defendants in his civil rights suit with supplemental state law claims. Lee's arguments on appeal, regarding his official and personal capacity suits, are dismissed for failing to provide an argument as required by FED. R. APP. P. 28(a)(6). *See Moore v. FDIC*, 993 F.2d 106, 107 (5th Cir.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1993).  We have reviewed the record and Lee's brief regarding the alleged unconstitutional seizure and affirm the summary judgment for essentially the same reasons set forth by the district court.

AFFIRMED IN PART, DISMISSED IN PART.